# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**PARIS LEE PRYOR**

    **Plaintiff,**

**v.**                                                **Case No. 3:18cv1509-LC-CJK**

**OKALOOSA COUNTY SHERIFF'S OFFICE, DEPUTY MARLON BOGAN, DEPUTY TODD SCHREIDER, and STATE OF FLORIDA,**

    **Defendants.**
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 13, 2018 (doc. 4). Plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation I have determined it

should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B) for plaintiff's failure to state a claim upon which relief can be granted.

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 10th day of August, 2018.

                s/*L.A. Collier*
                **LACEY A. COLLIER**
                **SENIOR UNITED STATES DISTRICT JUDGE**